THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN S. BUCK, Appellant, *v.* WILLIAM WILLIAMS, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.

*People ex rel. Buck* v. *Williams,* 167 App. Div. 914, affirmed.
(Argued February 24, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1915, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the

position of laborer in the department of water supply, gas and electricity of the city of New York. The question at issue was whether, when by reason of lack of work or in the interests of economy, it is necessary to reduce the force of a department, volunteer firemen are entitled to preference in retention in employment over civilians who are not either Civil war veterans or Spanish war veterans or volunteer firemen.

*Thomas O'Connor* and *J. E. Eggleston* for appellant.

*L. T. Fetzer* for Veterans of Spanish War.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Order affirmed, with costs, on authority of *People ex rel. Davison* v. *Williams* (213 N. Y. 130).

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Dissenting: SEABURY, J.